
AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Whyte, Ronald M. | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>07/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>280 S. First Street<br>San Jose, CA 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of Exec. Committee | Santa Clara Inn of Court |
| 2. Member | Intellectual Property Board of Advisors - George Washington Law School |
| 3. Member | Santa Clara Law School IP Advisory Board |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUL 12 A 8: 47 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Court Designated Child Advocates - wages |
| 2. | | |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Geroge Washington Law School | February 9-20 | Delhi, Mumbai India | Professional Seminar | Reimbursement for meals, travel and lodging |
| 2 | George Washington Law School | May 11-13 | Washingtono DC | Professional Conference | Reimbursement for meals, travel and lodging |
| 3 | Federal Circuit Bar Assn | June 18-2115 | White Sulpher Spms, WVA | Professional Conference | Reimbursement for meals, travel and lodging |
| 4. | AIPLA | October 16-18 | Washington DC | Professional Conference | Reimbursement for meals, travel and lodging |
| 5 | George Washington Law School | October 22-34 | Washington DC | Professional Conference | Reimbursement for mea,s, travel and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3. | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3. | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Emeryville Redev Bond | A | Interest | J | T | | | | | |
| 2. Sacramento Utility Bond | A | Interest | J | T | | | | | |
| 3. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 4 California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 5. Davis NY Venture Mut Fund | A | Dividend | M | T | | | | | |
| 6. Templeton Foreign Fund | B | Dividend | M | T | | | | | |
| 7. Dryden Cal Muni Fund | B | Dividend | K | T | | | | | |
| 8. Putnam Cal Tax Ex Fund | C | Dividend | | | Sold | 7/13 | M | A | |
| 9. Pax World Fund | D | Dividend | M | T | | | | | |
| 10. First Eagle (Sogen) International Fund | B | Dividend | M | T | | | | | |
| 11 Bank of the West Acct | A | Interest | J | T | | | | | |
| 12. Bank of the West Acct | A | Interest | K | T | | | | | |
| 13. Rental Property, Ketchum, ID, assessed value: $460,000 | D | Rent | N | S | | | | | |
| 14. Rental Property, Los Gatos, CA, assessed value: $ 265,384 | D | Rent | N | S | | | | | |
| 15 Calamos Investment Trust Growth Fund | | None | L | T | | | | | |
| 16. Eaton Vance Health Science Fund | A | Dividend | L | T | | | | | |
| 17. von Weise Properties, LLC | D | Distribution | N | W | | | | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2 501 - $5,000; D =$5 001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1 000,000; H1 =$1,000,001 - $5,000 000; H2 =More than $5,000,000
2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250 000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5 000 000; P2 =$5,000,001 - $25 000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000 000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Artio Inter Fund (Julius Baer) | C | Dividend | L | T | | | | | |
| 19. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 20 Chase (formerly Wash Mut Bank) | A | Interest | J | T | | | | | |
| 21. Riverside Ca uni S/D bond | A | Interest | | | Redeemed | 9/1 | K | A | |
| 22. Rosemead Ca 3.5 Redev Bond | B | Interest | L | T | | | | | |
| 23. Ceres Ca Redev Bond | A | Interest | K | T | | | | | |
| 24. Corona Ca Corp Yd Bond | B | Interest | | | Redeemed | 9/1 | K | A | |
| 25. Solano CA 3.5% Bond | B | Interest | K | T | | | | | |
| 26. Pomona CA Bond | B | Interest | L | T | | | | | |
| 27 CMA Money Fund | A | Dividend | J | T | | | | | |
| 28. ML Bank Deposit | A | Interest | L | T | | | | | |
| 29. Sacramento San Bd | B | Interest | L | T | | | | | |
| 30. Reassure Annuity | D | Interest | M | T | | | | | |
| 31. Fremont CA Un High Sch Bond | B | Interest | K | T | | | | | |
| 32. Alameda Corridor Tran Bond | | None | L | T | | | | | |
| 33. San Jose Redev Agy Bond | C | Interest | L | T | | | | | |
| 34. CD Goldman Sachs Bk | C | Interest | | | Redeemed | 12/3 | M | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CD Captial One Bk | C | Interest | M | T | | | | | |
| 36. CD American Express Bk | C | Interest | M | T | | | | | |
| 37. Dreyfus Appreciation Fund | B | Dividend | | | Sold | 11/09 | L | D | |
| 38. Retirement Reserve CLI | A | Dividend | L | T | Open | 4/14 | M | | |
| 39. FIA Card Services NA | | None | M | T | Open | 12/04 | M | | |
| 40. Pimco Short Term Fd. | C | Dividend | M | T | Buy | 06/06 | M | | |
| 41. USAA Cornerstone Strat Fund | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2 501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000 001 - $5,000,000 P4 =More than $50,000,000 | M =$100 001 - $250,000 P2 =$5,000 001 - $25 000 000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 07/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to.

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544